IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Wayne Davis,<br><br>  Petitioner,<br><br>v.<br><br>Attorney General of the State of Arizona, et al.,<br><br>  Respondents. | No. CV-21-00283-TUC-RM<br><br>**ORDER** |

On September 12, 2022, Magistrate Judge Lynette C. Kimmins issued a Report and Recommendation (Doc. 22) recommending that this Court dismiss Petitioner's Amended Petition pursuant to 28 U.S.C. § 2254 as moot because Petitioner was released on parole on August 31, 2022 (Doc. 8). No objections to the Report and Recommendation were filed.[1]

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170

---

[1] The Court notes that Petitioner filed a notice of change of address on September 14, 2022, shortly after the R&R issued. The Clerk of Court remailed the R&R to Petitioner's updated address on September 28, 2022. The mail was not returned as undeliverable and the time for filing objections has expired pursuant to Fed. R. Civ. P. 72(b)(2).

F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for clear error unobjected-to portions of Report and Recommendation).

The Court has reviewed Magistrate Judge Lynette C. Kimmins's Report and Recommendation, the parties' briefs, and the record.  The Court finds no error in Magistrate Judge Lynette C. Kimmins's Report and Recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 22) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that the Amended Petition (Doc. 8) is **dismissed as moot**.  The Clerk of Court is directed to enter judgment accordingly and close this case.

Dated this 14th day of November, 2022.

_____
Honorable Rosemary Márquez
United States District Judge